## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

UNITED STATES OF AMERICA

v.          Case No. 3:24-CV-277-SA-RP

UNDRAY KIMBLE

### DEFAULT JUDGMENT

The Defendant, Undray Kimble, having failed to appear, plead or otherwise defend in this action, and default having been entered on October 29, 2024, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and declaration in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff United States of America and against Defendant Undray Kimble, in the amount of $46,793.31, plus a separate filing fee of $405.00 to the Clerk of Court and a separate service fee of $50.00.

This the 19th day of November, 2024.


                                     s/ David Crews
                        BY:    Clerk of Court by LGM